Christopher J. Dalton
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
Attorneys for Defendant,
  Redbox Automated Retail, LLC

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN BRAHAMSHA, individually and for all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Defendant. | Civil Action No. 3:16-cv-5637 (FLW/LHG)<br><br>**APPLICATION FOR LOCAL CIVIL RULE 6.1(b) ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

　　Defendant Redbox Automated Retail, LLC ("Redbox"), by and through its undersigned counsel, hereby requests entry of an Order extending Defendant's time to respond to Plaintiffs' Complaint, and in support says as follows:

　　1.　　Plaintiff filed his Complaint in the Superior Court of New Jersey, Monmouth County, Law Division, on July 28, 2016.

　　2.　　On August 17, 2016, Plaintiff served the Complaint on Defendant.

　　3.　　Defendant removed this action to this Court on September 16, 2016. (DE 1.)

　　4.　　Pursuant to Fed. R. Civ. Pro. 81(c)(2)(c), Defendant's response to Plaintiff's Complaint is due on September 23, 2016.

5. Pursuant to Local Civil Rule 6.1(b), Defendant hereby requests entry of this Order extending Defendant's time to file a response to Plaintiff's Complaint, through and until October 7, 2016.

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant Redbox Automated Retail, LLC*

*s/Christopher J. Dalton*
Christopher J. Dalton

Dated: September 16, 2016

**IT IS ORDERED** that Defendant's time to file a response to Plaintiff's Complaint, is hereby extended through and until **October 7, 2016**.

Dated: _____                                    _____

CERTIFICATE OF SERVICE

On this date, I caused a copy of the foregoing Application for Local Rule 6.1(b) Order to be served via the Court's CM/ECF system upon all counsel entitled to receive notices of electronic filing in this action.

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Defendant Redbox Automated Retail, LLC*

*s/Christopher J. Dalton*
Christopher J. Dalton

September 16, 2016