Christopher J. Dalton
BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
Attorneys for Defendant,
 Redbox Automated Retail, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN BRAHAMSHA, individually and for all others similarly situated, | Civil Action No. 3:16-cv-5637 (FLW/LHG) |
| Plaintiff, | |
| v. | **RULE 7.1 DISCLOSURE STATEMENT** |
| REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company, | |
| Defendant. | |

Defendant Redbox Automated Retail, LLC ("Redbox"), by and through its undersigned counsel, hereby certifies that Redbox is a limited liability company which owns and operates self-service movie and video game kiosks in the United States and Canada. Outerwall Inc., a publicly traded company that provides automated retail solutions, is Redbox's sole member.

                                              **BUCHANAN INGERSOLL & ROONEY PC**
                                              *Attorneys for Defendant Redbox Automated Retail, LLC*

                                              *s/Christopher J. Dalton*
                                              Christopher J. Dalton

Dated:       September 16, 2016