UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALAN BRAHAMSHA**, individually and on behalf of himself and all persons similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>**REDBOX AUTOMATED RETAIL, LLC**, a Delaware limited liability company,<br><br>                    Defendant. | Civil Case No.: 3:16-cv-5637<br><br>**Stipulation to Transfer Venue to the United States District Court for the Northern District of Illinois** |

  Plaintiff Alan Brahamsha ("Plaintiff") and Defendant Redbox Automated Retail, LLC ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to transfer the above-captioned case to the District Court for the Northern District of Illinois. In support of this stipulation, the Parties state as follows:

  1. Plaintiff filed this putative class action on July 28, 2016 in the Superior Court of New Jersey, Monmouth Vicinage. (Dkt. 1).

  2. On September 16, 2016, Defendant removed the case to the District Court of the District of New Jersey.

  3. On October 7, 2016, Defendant filed a Motion to Transfer Venue to the United States Court for the Northern District of Illinois ("Motion to Transfer") and a Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss") (together, the "Motions"). (Dkts. 6, 7.)

  4. Since the Motions were filed, the Parties have met and conferred and Plaintiff, without waiving any rights or arguments—with respect to the issues raised in the Motions, his

claims, or otherwise—has agreed to stipulate to transfer this action to the Northern District of Illinois.

NOW, THEREFORE, the Parties hereby STIPULATE and AGREE as follows, subject to court approval:

A. The entire action shall be transferred to the Northern District of Illinois; and

B. Defendant's pending Motion to Dismiss shall be transferred without prejudice to either party. The parties agree that the remainder of briefing on the motion, and consideration of the motion, shall occur as directed by the transferee court (the Northern District of Illinois) after transfer.

                                                 Respectfully submitted,

                                                 **ALAN BRAHAMSHA,** individually and on behalf of all others similarly situated,

Dated: October 20, 2016          By:    *s/Ari H. Marcus*
                                                         One of Plaintiff's Attorneys

                                                 Ari H. Marcus (Attorney No. 029662010)
                                                 ari@marcuszelman.com
                                                 MARCUS & ZELMAN, P.C.
                                                 1500 Allaire Avenue, Suite 101
                                                 Ocean Township, New Jersey
                                                 Tel: 732.695.3282
                                                 Fax: 732.298.6256

                                               **REDBOX AUTOMATED RETAIL, LLC**,

Dated: October 20, 2016          By:    *s/Christopher J. Dalton*
                                                         Christopher J. Dalton

                                               **BUCHANAN INGERSOLL & ROONEY PC**
                                               550 Broad Street, Suite 810
                                               Newark, New Jersey 07102
                                               Tel: 973-273-9800
                                               Fax: 973-273-9430