**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Facsimile: (973) 833-0399
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOUGLAS LABARE, DERIVATIVELY AND ON BEHALF OF OCEAN POWER TECHNOLOGIES, INC., | Civil Action No. 15-cv-1980 (FLW) (LHG) |
|       Plaintiff, | (Consolidated with 15-CV-5469) |
|       vs. | |
| CHARLES DUNLEAVY, MARK A. FEATHERSTONE, TERENCE J. CRYAN, DR. GEORGE W. TAYLOR, EILEEN M. COMPETTI, DAVID L. KELLER, GEORGE H. KIRBY III, DEAN J. GLOVER, AND SEYMOUR S. PRESTON III, | |
|       Defendants, | |
|       And | |
| OCEAN POWER TECHNOLOGIES, INC., | |
|       Nominal Defendant. | |

1

| | |
|---|---|
| JOSEPH LACALAMITO, Derivatively on Behalf of Nominal Defendant OCEAN POWER TECHNOLOGIES, INC., | Civil Action No. 16-cv-02249 (PGS) (LHG) |
| Plaintiff, | |
| v. | |
| CHARLES DUNLEAVY, MARK A. FEATHERSTONE, TERENCE J. CRYAN, DR. GEORGE W. TAYLOR, EILEEN M. COMPETTI, DAVID L. KELLER, GEORGE H. KIRBY III, DEAN J. GLOVER, SEYMOUR S. PRESTON, III, BRUCE A. PEACOCK, and DAVID L. DAVIS, | |
| Defendants, | |
| -and- | |
| OCEAN POWER TECHNOLOGIES, INC., | |
| Nominal Defendant. | |
| ANGELO PUCILLO, Derivatively on Behalf of OCEAN POWER, INC., | Civil Action No. 16-cv-03309 (BRM) (LHG) |
| Plaintiff, | |
| v. | |
| CHARLES DUNLEAVY, MARK A. FEATHERSTON, TERENCE J. CRYAN, GEORGE W. TAYLOR, EILEEN M. COMPETTI, DAVID L. KELLER, GEORGE H. KIRBY III, DEAN J. GLOVER, AND SEYMOUR PRESTON | |
| Defendants, | |
| -and- | |
| OCEAN POWER TECHNOLOGIES, INC., a Delaware corporation, | |
| Nominal Defendant. | |

2

**STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED ACTIONS SUBSTITUTING LEAD PLAINTIFF, AND STAYING ACTIONS**

WHEREAS, on March 18, 2015, plaintiff Douglas Labare ("Labare") filed a verified shareholder's derivative complaint, derivatively and on behalf of Ocean Power Technologies, Inc. ("Ocean Power") as a nominal defendant, against defendants Charles Dunleavy, Mark A. Featherstone, Terence J. Cryan, Dr. George W. Taylor, Eileen M. Competti, David L. Keller, George H. Kirby III, Dean J. Glover, and Seymour S. Preston III (collectively and together with Ocean Power, "Defendants"), asserting claims of breach of fiduciary duty, abuse of control, gross mismanagement, and unjust enrichment ("Labare Action"); and

WHEREAS, by order dated May 18, 2015, the Court stayed the Labare Action pending: (1) the entry of an order denying any pending motions to dismiss in a consolidated putative class action alleging that defendants Ocean Power and Dunleavy violated the federal securities laws that was filed in this Court and captioned *In Re Ocean Power Technologies, Inc. Securities Litigation*, No. 1:14-3799 (FLW) (LHG) (the "Securities Class Action"); (ii) the commencement of discovery in the Securities Class Action; (iii) a joint request by plaintiff Labare and Defendants to lift the stay; or (iv) further order of the Court; and

WHEREAS, on July 10, 2015, Plaintiff Jarrod L. Rywolt ("Rywolt") filed a substantially similar verified shareholder's derivative complaint against Defendants asserting the same claims as the Labare Action ("Rywolt Action"); and

WHEREAS, by order dated February 8, 2016, the Court consolidated the Labare Action and Rywolt Action (the "Consolidated Action"), appointed Plaintiffs Labare and Rywolt as co-lead plaintiffs in the Consolidated Action, appointed The Rosen Law Firm, P.A. as lead counsel in the Consolidated Action, ordered Plaintiffs Labare and Rywolt to file a consolidated amended complaint within thirty days, and dismissed the Rywolt Action; and

WHEREAS, on March 9, 2016, Plaintiffs Labare and Rywolt filed a consolidated verified shareholder derivative complaint for: (1) breach of fiduciary duty; (2) abuse of control; (3) gross mismanagement; and (4) unjust enrichment (the "Consolidated Amended Complaint") (Dkt. No. 13); and

WHEREAS, on April 21, 2016, Plaintiff Joseph LaCalamito ("LaCalamito") filed in this Court a substantially similar verified shareholder's derivative complaint against the Defendants and Bruce A. Peacock ("Peacock"), and David L. Davis ("Davis") asserting a claim for breach of fiduciary duty (the "LaCalamito Action"); and

WHEREAS, on June 8, 2016, Plaintiff Angelo Pucillo ("Pucillo") filed in this Court a substantially similar verified shareholder's derivative complaint against the Defendants asserting claims for breach of fiduciary duty, abuse of control, and unjust enrichment ("Pucillo Action"); and

WHEREAS, on August 3, 2016, the Court entered a stipulated order, among other things, staying the Pucillo Action pending a motion to consolidate; and

WHEREAS, on August 24, 2016, the Court entered an order staying the Consolidated Action pending the settlement hearing scheduled for November 14, 2016 in the Securities Class Action; and

WHEREAS, the Plaintiffs and Defendants in the Consolidated Action, the LaCalamito Action, and the Pucillo Action (collectively, the "Actions") desire to consolidate the Actions; and

WHEREAS, Plaintiffs also desire to substitute plaintiff Pucillo for plaintiffs Labare and Rywolt as lead plaintiff to ensure this Court's diversity jurisdiction, and Defendants do not oppose this request; and

4

NOW THEREFORE, THE PARTIES HERETO DO HEREBY STIPULATE AND AGREE THAT:

1.      The Actions involve common questions of law or fact, and consolidation of the Actions would avoid unnecessary costs or delay and would assure consistent rulings and decisions. Therefore, pursuant to Federal Rule of Civil Procedure 42, plaintiffs Labare, Rywolt, LaCalamito, and Pucillo ("Plaintiffs") and Defendants (collectively, the "Parties") agree that the Actions should be consolidated for all purposes. Hereinafter, papers need only be filed in the Consolidated Action, Civil Action No. 15-cv-1980 (FLW) (LHG). This Order shall govern and control the procedure for the litigation of each of the Actions and all related cases that may be filed in or transferred to this Court.

2.      Plaintiff Pucillo replaces and substitutes plaintiffs Labare and Rywolt as lead plaintiff in the Consolidated Action.

3.      The Consolidated Amended Complaint shall remain designated as the operative complaint in the Consolidated Action. Davis and Peacock, who were named in the complaint in the LaCalamito Action but never served with process and who are not named as defendants in the Consolidated Amended Complaint, shall not be defendants in the Consolidated Action.

4.      The Rosen Law Firm, P.A. shall continue to serve as Lead Counsel in the Consolidated Action and all other related actions that have been filed in or transferred to this Court.

5.      The Actions shall be stayed pending the settlement hearing scheduled for November 14, 2016 in the Securities Class Action and further order of the Court.

Date: October 18, 2016                    Respectfully submitted,


By: */s/Laurence M. Rosen*                By: */s/Michelle Hart Yeary*
 Laurence M. Rosen                          Michelle Hart Yeary
**THE ROSEN LAW FIRM, P.A.**              **DECHERT LLP**
609 W. South Orange Avenue, Suite 2P      A Pennsylvania Limited Liability Partnership
South Orange, NJ  07079                   902 Carnegie Center
Telephone: (973) 313-1887                 Suite 500
Facsimile: (973) 833-0399                 Princeton, NJ 08540-6531
Email: lrosen@rosenlegal.com              Telephone: (609) 955-3200
                                          Facsimile (609) 955-3259
*Lead Counsel for Plaintiffs Labare and Rywolt*   Email: michelle.yeary@dechert.com

Timothy W. Brown                          Of counsel:
**THE BROWN LAW FIRM, P.C.**              Michael L. Kichline
127A Cove Road                            Stuart T. Steinberg
Oyster Bay Cove, NY 11771                 **DECHERT LLP**
Telephone: (516) 922-5427                 Cira Centre, 2929 Arch Street
Email: tbrown@thebrownlawfirm.net         Philadelphia, PA 19104-2808
                                          Telephone: (215) 994-4000
Thomas J. McKenna                         Facsimile: (215) 994-2222
**GAINEY McKENNA & EGLESTON**             Email: michael.kichline@dechert.com
440 Park Avenue South, 5th Floor                 stuart.steinberg@dechert.com
New York, New York 10016
Telephone: (212) 983-1300                 *Counsel for Defendants Ocean Power*
Facsimile: (212) 983-0383                 *Technologies, Inc., Mark A. Featherstone,*
Email: tjmckenna@gme-law.com              *George H. Kirby III*

*Additional Counsel for Plaintiffs Labare and Rywolt*

By:/s/Vikrant Pawar
Vikrant Pawar
**PAWAR LAW GROUP, P.C.**
20 Vesey Street
Suite 1210
New York, NY 10007
Telephone: (212) 571-0805
Facsimile: (212) 571-0938
Email: vik@pawarlaw.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

*Counsel for Plaintiff Pucillo*

By:/s/Jeffrey J. Greenbaum
Jeffrey J. Greenbaum
Jason Jurkevich
**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-5430
Facsimile: (973) 643-6500
Email: jgreenbaum@sillscummis.com
          jjurkevich@sillscummis.com

Ian Shapiro
**COOLEY LLP**
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6441
Facsimile: (212) 479-6275
Email: ishapiro@cooley.com

*Counsel for Defendant Charles Dunleavy*

By:/s/ Angelo A. Stio III
Angelo A. Stio III
**PEPPER HAMILTON LLP**
(A Pennsylvania LLP)
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Telephone: (609) 951-4125
Facsimile: (609) 452-1147
Email: stioa@pepperlaw.com

*Counsel for Defendant George Taylor*

By: */s/ Jennifer Sarnelli*
Jennifer Sarnelli
James S. Notis
**GARDY & NOTIS, LLP**
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ 07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337
Email: jsarnelli@gardylaw.com
        jnotis@gardylaw.com

J. Brandon Walker
Todd H. Henderson
**BRAGAR EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: walker@bespc.com
        henderson@bespc.com

Michael J. Hynes
**HYNES KELLER &**
**HERNANDEZ, LLC**
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Telephone: (610) 994-0292
Facsimile: (914) 752-3041
Email: mhynes@hkh-lawfirm.com

*Counsel for Plaintiff LaCalamito*

By:*/s/Michael P. O'Mullan*
 Michael P. O'Mullan
**RIKER DANZIG SCHERER HYLAND &**
**PERRETTI LLP**
One Speedwell Avenue
Morristown, NJ 07962-1981
Telephone: (973) 451-8477
Facsimile: (973) 538-1984
Email: MOMullan@Riker.com

David G. Januszewski
Bradley J. Bondi
(*Pro hac vice* motions to be filed)
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, NY 10005-1702
Telephone:  (212) 701-3000
Facsimile: (212) 269-5420
Email: djanuszewski@cahill.com
        bbondi@cahill.com

*Counsel for Defendants Eileen M. Competti,*
*Terence J. Cryan, Dean J. Glover, David L.*
*Keller, and Seymour S. Preston III*

SO ORDERED: _____  10/25/16
            Hon. Freda L. Wolfson, U.S.D.J.